IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY MARSHALL,

    Plaintiff,   No. CIV S-05-1651 FCD CMK P

    vs.

GARY R. STANTON, et al.,

    Defendants.   ORDER

_____/

    Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

1

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.

4  DATED: August 29, 2005.

                                                **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE